FILED

2026 Jun-15  PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ANDREA DUHREAL FLAGG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:24-cv-01641-RDP-JHE** |
| | ) | |
| **WARDEN VENCINI SMITH,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM OPINION</u>

Plaintiff Andrea Duhreal Flagg filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging violations of his civil rights. (Doc. # 1). On May 22, 2026, the Magistrate Judge entered a report recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted or, in the alternative, as malicious. (Doc. # 18). Although the Magistrate Judge advised Plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief may be granted or, in the alternative, as malicious.

A Final Judgment will be entered.

**DONE** and **ORDERED** this June 15, 2026.

**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE